IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 4:11CR3055 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER FOR** |
| | ) | **BENCH WARRANT** |
| MARIO TREJO FLORES, | ) | |
| | ) | |
| Defendant. | ) | |

Because the defendant failed to appear for sentencing,

IT IS ORDERED that a Bench Warrant be issued as requested.

DATED this 16th day of December, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge